UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DANIEL T. WILLIAMS (#597925)** | **DOCKET NO. 3:16-cv-1559** |
| | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JERRY GOODWIN** | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge, adopted herein after a *de novo* review of the entire record in this matter, and for those additional reasons set forth in the Court's Ruling,

**IT IS ORDERED, ADJUDGED AND DECREED** that Petitioner's Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA,** this 9th day of February, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE